**GOVESAN AMERICA CORP.,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–1094.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 26, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Leon LOGAN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7088.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 27, 2002.

### *ORDER*

Leon Logan moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**In re Vernon C. LENZ, William Siska,
Jr., and Timothy Sopko**

No. 02–1060.
Serial No. 08/687,247

United States Court of Appeals,
Federal Circuit.

Feb. 27, 2002.

### *ORDER*

Vernon C. Lenz et al. (Lenz) move without opposition for a remand to the Board of Patent Appeals and Interferences to consider Lenz's petition for rehearing and petition to permit late filing of petition for rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.